ACCEPTED
03-14-00350-CR
4389522
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 4:03:38 PM
JEFFREY D. KYLE
CLERK



# Rosemary Lehmberg ☆ Travis County District Attorney

P.O. Box 1748 Austin, Texas 78767 • Telephone: 512-854-9400 • Fax: 512-854-9695

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 4:03:38 PM
JEFFREY D. KYLE
Clerk

March 5, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 121547
Austin, Texas   78711

RE:     Appeal No. 03-14-00350-CR
        *State of Texas v. Adalberto Jaimes*
        Trial Court Cause No. D-1-DC-13-200318
        427th Judicial District Court

To the Honorable Third Court of Appeals:

Now comes the State of Texas and moves for permission to file this supplemental letter brief, which addresses the impact of the recent opinion in *Villarreal* on this case.

In *Villarreal*, the Texas Court of Criminal Appeals held that (1) a mandatory blood draw violated the Fourth Amendment because it did not fall under any recognized exception to the warrant requirement, and (2) implied consent that has been withdrawn by a suspect cannot serve as a substitute for the free and voluntary consent that the Fourth Amendment requires. *See State v. Villarreal*, No. PD-0306-14, 2014 Tex. Crim. App.

1

LEXIS 1898 (Tex. Crim. App. Nov. 26, 2014).

*Villarreal* directly contradicts the arguments made by the State in Points One and Two, but the State is not ready to abandon these arguments because *Villarreal* is not yet final; in fact, the court granted the State's motion for rehearing on February 25, 2015. *See id.*, 2015 Tex. Crim. App. LEXIS 201. It is quite possible that the court will issue a different decision upon rehearing, especially since the court was narrowly split 5-4, and three of the judges who joined the majority opinion have recently left the court.

In the event that this court follows *Villarreal* and holds that the blood draw was unconstitutional, the State maintains that the federal and Texas exclusionary rules do not apply and the evidence is still admissible, as argued in State's Points Three and Four.

## Prayer

The State prays that this court grant permission to file this letter brief.


Respectfully submitted,




**Angie Creasy**
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax (512) 854-4810
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## Certificate of Compliance and Service

I hereby certify that this letter brief contains 261 words. I further certify that, on the 5th day of March, 2015, a true and correct copy of this letter brief was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the defendant's attorney, Alberto Garcia, Attorney at Law, 1715 South First Street, Austin, Texas 78704.

**Angie Creasy**